UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES SMITH AND KIEASE
BECNEL

CIVIL ACTION

VERSUS

NO. 08-589-FJP-CN

DEPARTMENT OF SOCIAL SERVICES,
OFFICE OF COMMUNITY SERVICES,
ET AL

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the Motion to Dismiss for Failure to State a Claim or In the Alternative for More Definite Statement filed by defendant, Department of Social Services, Office of Community Services, shall be DENIED.[1]

Baton Rouge, Louisiana, May 19, 2009.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 13.

Doc#46051