UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES SMITH AND KIEASE
BECNEL

VERSUS

DEPARTMENT OF SOCIAL SERVICES,
OFFICE OF COMMUNITY SERVICES,
ET AL

CIVIL ACTION

NO. 08-589-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the Motion for Summary Judgment[1] filed by the defendants, Department of Social Services, Office of Community Services; Brent Villamerette, in his individual and official capacities; Peggy Dottery, in her individual and official capacities; and Deborah Tanner, in her individual and official capacities, shall be GRANTED, and the claims of plaintiff, James Smith, shall be DISMISSED WITH PREJUDICE.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March 25, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 40.

Doc#47199